**Appeal Dismissed and Memorandum Opinion filed December 17, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00806-CV

_____

## IN THE ESTATE OF SUSAN FEW, DECEASED

**On Appeal from Probate Court No 3**
**Harris County, Texas**
**Trial Court Cause No. 406,394**

## M E M O R A N D U M   O P I N I O N

This is an appeal from an order signed September 26, 2019. The district clerk informed this court that on October 18, 2019, the trial court signed an order vacating the order on appeal. We lack jurisdiction to consider an appeal where there is no appealable order. *See* Tex. R. App. P. 25.1(b); *Stelly v. Citibank (South Dakota) N.A.*, No. 14-07-00601-CV, 2008 WL 2066571, *1 (Tex. App.—Houston [14th Dist.] May 15, 2008, no pet.).

On November 8, 2019, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of jurisdiction unless any party filed a response demonstrating grounds for continuing the appeal on or before November

26, 2019. *See* Tex. R. App. P. 42.3(a). No response was filed.

The appeal is dismissed.


PER CURIAM


Panel consists of Justices Wise, Jewell, and Poissant.